[No. 1789. Decided May 27, 1895.]

J. E. R. HILL, *Appellant*, v. ERNEST L. SAWYER *et al.*, *Respondents.*

*Appeal from Superior Court, Pierce County.*

*George H. Walker* (*Walker & Fitch*, of counsel), for appellant.

*Walter Christian* (*Murray & Christian*, of counsel), for respondents.

HOYT, C. J.—This case, both as to the motion to dismiss and upon the merits, presents the same questions just decided in the case of *Watson v. Sawyer*, and for the reasons therein stated the judgment and decree will be reversed and the cause remanded with instructions to include the $275 agreed in that case, to be paid for negotiating the loan, in the decree, and to make the attorney fee provided for in the mortgage a lien upon the property.

ANDERS, SCOTT and GORDON, JJ., concur.

DUNBAR, J., concurs in the result.

────────────

[No. 1672. Decided June 19, 1895.]

HELEN G. STODDARD, *Respondent*, v. SEATTLE NATIONAL BANK, *Appellant.*

*Appeal from Superior Court, Columbia County.*

*Knapp, Foote & Knapp*, for appellant.

*Edmiston & Miller*, for respondent.

DUNBAR, J.—This is an equitable action and no exceptions were taken to the findings of fact or conclusions of law made by the trial judge. Under the laws of 1893, and in accordance with the decision of this court in *Washington Brick, Lime & Mfg. Co. v. Adler, ante*, p. 24, and further, in accordance with the uniform holdings of this court, the evidence upon which the findings of fact were based cannot be reviewed here. The result will be that the statement of facts must be stricken from the record; and, as it is conceded that no questions of law arise upon the pleadings in this case, the appeal will be dismissed and the judgment of the lower court affirmed.

HOYT, C. J., and SCOTT and GORDON, JJ., concur.